# Weisberg Law

*Attorneys & Counselors at Law*
LICENSED IN PA & NJ

7 SOUTH MORTON AVENUE
MORTON, PENNSYLVANIA 19070
PH: 610.690.0801
FAX: 610.690.0880

Additional Offices
Philadelphia, Pa
Bala Cynwyd, Pa

*Matthew B. Weisberg*^
L. Anthony DiJiacomo~
David A. Berlin^+
Gary Schafkopf^+
Yanna Panagopoulos~+

*NJ & PA Office Manager
^Licensed in PA & NJ
~Licensed in PA
+Of Counsel

Web-Site: **www.weisberglawoffices.com**
**E-Mail**: mweisberg@weisberglawoffices.com

*Friday, July 17, 2020*

**Via ECF**
The Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

> **RE:** **Charber Consultants, LLC, et al. V. Mask Medical LLC, et al.,**
> **United States District Court | Eastern District of New York**
> **No.: 20-CV-2891**

Your Honor:

Pending before this Honorable Court in the above-captioned matter are letter motions/correspondences respectfully awaiting Your Honor's gracious adjudication/guidance. The undersigned represents defendants.

Defendants' confirm service was never perfected upon them. Thus, the time period to respond to this removed action has not yet even begun.

That said, defendants are pleased to execute a form waiver of service upon plaintiffs' request.

The aforesaid failure of service is self-evident upon plaintiffs' previously docketed affidavits of service especially in light of defendants' previously docketed declaration of diversity.

Thank you for Your Honor's consideration of this notice of "no service".

Sincerely,

/s/ Matthew B. Weisberg
MATTHEW B. WEISBERG

MBW/dgk

Cc:     Solomon Klein, Esquire
        Jonathan Mazer, Esquire
        Vera Marie Kachnowski, Esquire
        Vikrant Pawar, Esquire