UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARBER CONSULTANTS LLC, and LIGHTSTONE RE LLC,<br><br>                                    Plaintiffs,<br><br>-against-<br><br>MASK MEDICAL LLC, GJS SOLUTIONS LLC, and GAURAVJIT SINGH,<br><br>                                    Defendants. | No. 20-CV-2891 (LDH) (RER)<br><br>**NOTICE OF WITHDRAWAL<br>OF APPEARANCE** |

**PLEASE TAKE NOTICE THAT** Vera M. Kachnowski hereby withdraws her appearance as counsel for Plaintiffs Charber Consultants LLC, and Lightstone RE LLC, as she will no longer be associated with the firm of Schlam Stone & Dolan LLP after today's date, and requests that the Clerk of Court remove her name from the docket and ECF service list.  Other counsel from the firm of Schlam Stone & Dolan LLP who have appeared in this case will continue to represent Charber Consultants LLC and Lightstone RE LLC.

Dated: New York, NY
       October 30, 2020

**SCHLAM STONE & DOLAN LLP**

By: /s/ Vera M. Kachnowski
Vera M. Kachnowski
26 Broadway
New York, New York 10004
Telephone: (212) 344-5400
Facsimile: (212) 344-7677
vkachnowski@schlamstone.com

*Attorneys for Plaintiffs Charber Consultants LLC and Lightstone RE LLC*